# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TROY MURPHY                                                                                                     PLAINTIFF
ADC #175677

v.                                         4:21-cv-00437-JM-JJV

HURST, Warden, ADC; *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his retaliation and conditions of confinement claims against Defendants Hurst and Allison.

2. Defendants Suell, Pain, Kelly, Clark, and Branch are DISMISSED WITHOUT PREJUDICE because Plaintiff has not pled any plausible claims against them.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 10th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE