IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TROY MURPHY                                                                                           PLAINTIFF
ADC #175677

v.                                            4:21-cv-00437-JM-JJV

THOMAS HURST, Warden, ADC; *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections (Docs.18 and 19). After conducting a *de novo* review, this Court adopts the Recommended Disposition in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Dismiss (Doc. 12) is GRANTED, Plaintiff's claims against Defendants Hurst and Allison are DISMISSED without prejudice, and this case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 15th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE